

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00036-CV

## IN RE SMITHTEX, LLP, SMITH PROPERTIES, LLP,
## STEVEN F. SMITH, STUART N. R. SMITH, NORMAN L. SMITH

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed February 10, 2010
[OT06]